UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

N116JC, LLC, a Florida limited liability company

        Plaintiff,

v.                                              Case No:   2:15-cv-292-FtM-38DNF

CARDAIR, INC. and SHIRLEY HODGE-RYAN,

        Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Notice of Voluntary Dismissal with Prejudice (Doc. #4) filed on May 21, 2015. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, Plaintiff N116JC, LLC indicates this matter is dismissed with prejudice. Defendants Cardair, Inc. and Shirley Hodge-Ryan have not served an answer or motion for summary judgment. Therefore, this matter is dismissed pursuant to Rule 41(a)(1)(A)(i).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Pursuant to the Notice of Voluntary Dismissal with Prejudice (Doc. #4) and Rule 41(a)(1)(A)(i), this matter **is dismissed with prejudice**. The Clerk is directed to terminate any pending motions, enter judgment, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record